THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CANTON BRIDGE COMPANY, Respondent, *v.* THE BOARD OF TOWN AUDITORS OF THE TOWN OF HORICON, Appellant.

*People ex rel. Canton Bridge Co.* v. *Bd. Town Auditors,* 95 App. Div. 620, affirmed.

(Argued January 11, 1905; decided January 31, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 17, 1904, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to pass upon and audit a claim of the relator against the town of Horicon.

*J. A. Kellogg* for appellant.

*John H. Cunningham* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS F. CAMPBELL, Appellant, *v.* JOHN N. PARTRIDGE, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Campbell* v. *Partridge,* 99 App. Div. 410, affirmed.

(Argued January 11, 1905; decided January 31, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made December 23, 1904, which affirmed the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

*Louis J. Grant* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.